U.S. DISTRICT JUDGE JAMES L. ROBART
U.S. MAGISTRATE JUDGE JAMES P. DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JUDY ANN MARION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL NO. 2:14-CV-0512-JLR-JPD |
| vs. | ) |
| | ) COUNSEL'S DECLARATION RE |
| | ) MOTION TO AMEND SCHEDULING |
| CAROLYN W. COLVIN, | ) ORDER |
| | ) |
| Acting Commissioner, Social Security | ) |
| Administration | ) |
| | ) |
| Defendant. | ) |

I, G.A. Fields, declare as follows:

1. I am counsel for Plaintiff in the above captioned matter seeking a review of her social security and supplemental security income case.

2. After reviewing Defendant's Response Brief it seems clear that this may be a case that may be resolved without further briefing.

COUNSEL'S DECLARATION RE MOTION TO AMEND SCHEDULING ORDER–Page 1 of 3 [C14-00512- JLR-JPD]

GEORGE ANDRE FIELDS
ATTORNEY AT LAW
1700 7TH AVE.,
SUITE 2100
SEATTLE, WA 98101
(800) 567-1556

3. I contacted opposing counsel regarding a proposed settlement.

4. Opposing counsel in turn contacted the Commissioner to obtain his client's position.

5. We have not received a response from the Commissioner as of this date but anticipate a response within the next 10 days.

6. I have practiced due diligence in attempting to resolve this matter without taxing further judicial resources.

7. Opposing counsel has no objection to this request.

8. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of August 2014.

By: /s/ George Andre Fields
Attorney for Plaintiff
WSBA #25973

COUNSEL'S DECLARATION RE MOTION TO AMEND SCHEDULING ORDER–Page 2 of 3 [C14-00512- JLR-JPD]

**GEORGE ANDRE FIELDS**
ATTORNEY AT LAW
1700 7TH AVE.,
SUITE 2100
SEATTLE, WA 98101
(800) 567-1556

# **CERTIFICATE OF SERVICE**

I hereby certify that I have filed electronically the foregoing Declaration of G.A. Fields on this 29th day of August, 2014 using the CM/ECF system, which will send notification of such filing to the following:

Jeff Staples
Office of the General Counsel
701 5th Avenue
STE 2900, M/S/221A
SEATTLE, WA 98104-7075
Phone: 206-615-3706
Fax: 206-615-2531
Email: jeff.staples@ssa.gov

KERRY JANE KEEFE
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-2640
Email: kerry.keefe@usdoj.gov

/s/ GEORGE ANDRE FIELDS
ATTORNEY AT LAW, WSBA #25973
1700 7TH AVE. SUITE 2100
SEATTLE, WA 98101
PH/FAX: (800) 567-1556
gafieldsdisabilitylaw@gmail.com

COUNSEL'S DECLARATION RE MOTION TO AMEND SCHEDULING ORDER–Page 3 of 3 [C14-00512- JLR-JPD]

GEORGE ANDRE FIELDS
ATTORNEY AT LAW
1700 7TH AVE.,
SUITE 2100
SEATTLE, WA 98101
(800) 567-1556