UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUDY ANN MARION, | Case No. C14-512-JLR |
| Plaintiff, | ORDER REMANDING CASE FOR CALCULATION OF BENEFITS |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court, after careful consideration of the plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The case is REMANDED to the Social Security Administration for the purpose of calculating the benefits awarded to plaintiff.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 13 day of February, 2015.

JAMES L. ROBART
United States District Judge

ORDER
PAGE - 1